1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL POWELL, TOMERY                    No.  2:16-CV-01197 TLN GGH
     DARLING, L.A 1, L.A. 2, BRITTNEY
12   TEMPLE, INDIVIDUAL PETITIONERS

13              Plaintiffs,                     ORDER

14        v.

15   DEPARTMENT OF CHILD SUPPORT
     SERVICES, SUPERIOR COURT OF
16   CALIFORNIA PLACER COUNTY,
     COMM'R AMARA, COMM'R JAQUES,
17   JUDGE GAZZANIGA, JUDGE GINI,
     JUDGE PINESCHI, ASGN. JUDGE
18   McLEAN, and Doe Attorneys 1-5.

19              Defendants.

20

21        Plaintiff, pleading in *pro se*,  has requested authority under 28 U.S.C. § 1915 to proceed in

22   forma pauperis.  Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff

23   is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed

24   in forma pauperis will be granted.  28 U.S.C. § 1915(a).

25        Plaintiff shall file an Amended Complaint within 45 days of the date of this Order.  That

26   Amended Complaint must conform to the requirements of Federal Rule of Civil Procedure 8

27   which states, in relevant part,

28   ////

                                            1

A pleading that states a claim for relief must contain:

(1)   A short and plain statement of the grounds for the court's jurisdiction, . . . ;

(2)

(3)   A short and plain statement of the claim showing that the pleader is entitled to relief; and

(4)   A demand for the relief sought, which may include relief in the alternative or different types of relief.

Plaintiff is advised that he may not represent the additional plaintiffs named in the current complaint and if they wish to proceed they must retain counsel or, if adults, file their own complaints, or if adults, sign the amended complaint themselves.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2), is GRANTED.

2.  The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

3.  Within fourteen days from the date of this order, plaintiff shall submit to the United States Marshal a completed summons and copies of the complaint and file a statement with the court that said documents have been submitted to the United States Marshal.

4.  The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order.

5.  Plaintiff is directed to file an Amended Complaint in conformity with this Order within 45 days of the filing of this Order.

Dated: August 8, 2016

/s/ Gregory G. Hollows<br>
UNITED STATES MAGISTRATE JUDGE

GGH:ifp.amm